McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4-401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 1:06-CV-01187-OWW-SMS |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER STAYING |
| v. ) | ACTION |
| ) | |
| REAL PROPERTY LOCATED AT ) | |
| 3535 N. SONORA, FRESNO, ) | |
| CALIFORNIA, FRESNO COUNTY, ) | |
| APN: 311-711-10, INCLUDING ) | |
| ALL APPURTENANCES AND ) | |
| IMPROVEMENTS THERETO, ) | |
| ) | |
| Defendant. ) | |

It is hereby stipulated by and between plaintiff United States of America, by its attorney McGregor W. Scott, United States Attorney for the Eastern District of California, Stephanie Hamilton Borchers, Assistant United States Attorney, Sharon C. Dutton Attorney for Claimant World Savings Bank, and Caroline McCreary Attorney for Potential Claimant Walter Orr:

1. Claimant World Savings Bank filed a claim and an answer on October 26, 2006, in this action. No other parties have filed a claim. For purposes of this stipulation only, the United States stipulates that World Savings Bank has standing to contest this

1 forfeiture action.

2     2.   This civil action was filed on September 1, 2006. The
3 defendant real property located at 3535 N. Sonora Avenue in Fresno,
4 CA, was criminally indicted on September 7, 2006, in <u>United States v.</u>
5 <u>Walter Orr, et al</u>, 1:06-CR-00284 OWW, arising out of the same
6 transactions and events that form the bases for this civil forfeiture
7 action.

8     3.   The parties recognize that proceeding with this action at
9 this time has potential adverse affects on the prosecution of the
10 related criminal case and the United States has elected to pursue
11 criminal forfeiture of the asset at this time.

12     THEREFORE the parties to this action stipulate as follows:

13     1.   Pursuant to 18 U.S.C. § 981(g), this action shall be stayed
14 pending the conclusion of the federal criminal action presently
15 pending against the defendant real property located at 3535 N. Sonora
16 Avenue in Fresno, California;

17     2.   The Order requiring the parties to submit a Joint Status
18 Report within sixty days of service is hereby vacated.

19     IT IS SO STIPULATED.

20 Dated: <u>1/18/07</u>                 McGREGOR W. SCOTT
                                               United States Attorney
21

22                                        <u>/s/ Stephanie Hamilton Borchers</u>
                                       STEPHANIE HAMILTON BORCHERS
23                                        Assistant U.S. Attorney

24 Dated: <u>1-18-06</u>                <u>/s/ Sharon C. Dutton</u>
                                       Sharon C. Dutton
25                                      Attorney for Claimant Worlds Savings Bank

26
                            (original signature retained by attorney)
27 ///

28                                             2

```
Dated:_____                    _____
                                   CAROLINE McCREARY
                                   Attorney for Potential Claimant
                                   Walter Orr
```

For good cause shown, the Court adopts the parties' stipulation.

IT IS SO ORDERED.

**Dated:   January 18, 2007**              **/s/ Oliver W. Wanger**
emm0d6                                 UNITED STATES DISTRICT JUDGE

3