McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 3535 N. SONORA, FRESNO, CALIFORNIA, FRESNO COUNTY APN: 311-711-10, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>Defendants | 1:06-CV-01187-OWW-SMS<br><br>**ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL** |

Pursuant to the Stipulation For Voluntary Dismissal filed herein, the Court grants the parties' request for dismissal.

For good cause shown, the Court adopts the parties' stipulation.

IT IS SO ORDERED.


Dated:   Nov. 17, 2007                    /s/ OLIVER W. WANGER
                                          OLIVER W. WANGER
                                  United States District Judge